UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JATAZZ WARREN | CIVIL ACTION |
| VERSUS | |
| RAY VITTORIO, ET AL. | NO.: 17-000612-BAJ-RLB |

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 10)** pursuant to 28 U.S.C. § 636(b)(1). The Magistrate Judge recommended dismissing this matter as legally frivolous and for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e) and 1915. (Doc. 10).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 10). Petitioner timely filed an objection. (Doc. 11).[1]

Having carefully considered the Report and Recommendation and Plaintiff's objection, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendation.

---

[1] Plaintiff argues that he alleged sufficient facts to establish a claim for an Eighth Amendment cruel and unusual punishment claim because he was assigned a top bunk without a ladder or guard rail, and he sustained injuries when he fell from the bunk. (Doc. 11).

1

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 10)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that this action is dismissed with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e) and 1915.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over any state law claims.

Baton Rouge, Louisiana, this 19th day of January, 2018.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA